**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SOMAXON PHARMACEUTICALS, INC. and PROCOM ONE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-1100-SLR |
| ACTAVIS ELIZABETH LLC, ACTAVIS, INC., MYLAN INC., and MYLAN PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| SOMAXON PHARMACEUTICALS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-402 (UNA) |
| ACTAVIS ELIZABETH LLC, and ACTAVIS, INC., | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

Please take notice that the law firm of Morris, Nichols, Arsht & Tunnell LLP is substituted for Richards, Layton & Finger, PA as counsel for plaintiffs Somaxon Pharmaceuticals, Inc. and ProCom One, Inc. in the above-captioned actions.  The law firm of Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent plaintiffs Somaxon Pharmaceuticals, Inc. and ProCom One, Inc. in the above-captioned actions.

RLF1 4011063v. 1

| | |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Maryellen Noreika* |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Maryellen Noreika (#3208) |
| Jason J. Rawnsley (#5379) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| RICHARDS, LAYTON & FINGER P.A. | 1201 North Market Street |
| One Rodney Square | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | jblumenfeld@mnat.com |
| gaza@rlf.com | mnoreika@mnat.com |
| rawnsley@rlf.com | |
| | |
| Dated: May 13, 2011 | Dated: May 13, 2011 |

2