IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


Somaxon Pharmaceuticals, Inc.                )
                                             )
             v.                              )   Civil Action No. 11-402 (SLR)
                                             )
Actavis Elizabeth, LLC and Actavis, Inc.     )


AMENDED

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**


Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):


Date Patentee(s) Received Notice: _March 29, 2011_____

Date of Expiration of Patent:  _August 24, 2027_____

Thirty Month Stay Deadline: _May 3, 2013_____


___ May 26, 2011___                    ___/s/ Maryellen Noreika_____
        Date                              Attorney(s) for Plaintiff